UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIRECTV, INC.,

    Plaintiff,

v.                                       CASE NO: 8:04-cv-1537-T-23TGW

MICHAEL KOHAN,

    Defendants.
_____/

**ORDER**

The plaintiff moves (Doc. 15) to enforce a settlement agreement. In February, 2005, the parties attended mediation with Jonathan C. Koch, fully settled the dispute (Doc. 13), and executed a mediation settlement agreement (Doc. 15, Ex. A). The plaintiff seeks enforcement of a settlement agreement reached at mediation because the defendant fails to execute a final settlement agreement. However, the agreement reached by the parties at mediation resolved the present case or controversy. Accordingly, the court refuses to enforce the parties' independently-negotiated settlement agreement.[1]  See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375

---

[1] To the extent that the parties' interpretations of the mediated settlement agreement diverge, the parties may consider an additional mediation session with Jonathan C. Koch. However, no case or controversy remains before the court because the mediated settlement agreement purported to resolve all disputes between the parties.

(1994). Additionally, the plaintiff fails to include a Local Rule 3.01(g) certification.[2]

Consequently, the motion (Doc. 15) to enforce a settlement agreement is **DENIED** and the action remains closed.

ORDERED in Tampa, Florida, on July 13, 2005.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[2]Compliance with Local Rule 3.01(g) ensures that the parties attempt to resolve a dispute without court intervention.